IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br>YOLANDA RUIZ,<br>    Debtor | § § § § § | CASE NO. 06-20025<br>CHAPTER 13 |
| YOLANDA RUIZ,<br>    Plaintiff<br>vs.<br>HOMEQ SERVICING CORPORATION, as servicer for U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 2004 ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST 2004-HE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE1, their successors and/or assigns<br>    Defendants | § § § § § § § § § | ADVERSARY NO. 06-02012 |

## STIPULATION OF DISMISSAL

TO THE HONORABLE RICHARD SCHMIDT
UNITED STATES BANKRUPTCY JUDGE

Pursuant to Rule 7041 (a) (1) (ii) Fed. R. Bank. P., and the agreement of the parties, YOLANDA RUIZ, Plaintiff, and HOMEQ SERVICING CORPORATION, as servicer for U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF JANUARY 1, 2004 ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST 2004-HE1 ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-HE1, their successors and/or assigns, Defendants, hereby dismiss this adversary proceeding with prejudice as to the complaints therein.

M&S NO 132326.1

Respectfully Submitted,

*[signature]*

William A. Whittle / TX Bar No.
The Whittle Law Firm
402 Atrium Building, 5151 Flynn Parkway
Corpus Christi, Texas 78411
361-887-6993/ 361-887-6999 Fax
Attorney for YOLANDA RUIZ

*[signature]*

David L. Rosenberg / TBA No. 17268500
Mann & Stevens, P.C.
550 Westcott Street, Suite 560
Houston, Texas 77007
(713) 293-3600 /(713) 293-3636 Fax
Attorney for HOMEQ SERVICING CORP.

M&S NO: 133328.1